IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| VOLSAINT DOISSAINT, | ) | |
| | ) | Civil No. 06-926-TC |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF OREGON, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

HOGAN, District Judge.

By Order (#5) entered July 27, petitioner was directed to pay the $5.00 filing fee applicable to petitions under 28 U.S.C. § 2254 within 30 days and advised that failure to do so would result in the dismissal of this proceeding for failure to prosecute.

Petitioner has not paid the fee. Accordingly, Petitioner's Motion to Stay/transfer (#4) is denied. Petitioner's Petition (#2) is denied without prejudice to re-file in the Western District of Washington. This proceeding is dismissed.

DATED this 5th day of ~~August,~~ SEPT. 2006.

_____
Michael R. Hogan
United States District Judge

1 - ORDER TO PROCEED IN FORMA PAUPERIS